USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/30/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENISE WIENINGER,

                Plaintiff,

    -v-

COMMISSIONER OF THE SOCIAL SECURITY
ADMINISTRATION,

                Defendant.

**ORDER**

24-CV-8030 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On January 29, 2025 Plaintiff Denise Wieninger filed a response to the Court's January 28, 2025 Order to Show Cause at ECF No. 12. *See* ECF No. 13. Plaintiff requested an extension of time until February 3, 2025, to file her opening brief. Plaintiff's extension request is GRANTED.

Plaintiff shall file her opening brief by February 3, 2025. Defendant's brief shall be filed by March 5, 2025. Plaintiff shall file any reply by March 19, 2025.

Counsel is reminded that filing on the docket by ECF is considered notice and no other form of notice is typically provided. Counsel has an obligation to ensure that her contact information is accurate and to notify the court and PACER of any changes, and to periodically check the dockets in which she has entered an appearance.

**SO ORDERED.**

Dated: January 30, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge