UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
DENISE ELIZABETH WIENINGER,

                    Plaintiff,                    24 **CIVIL** 8030 (HJR)

        -v-                                            **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-----------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated March 17, 2025, that the action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York

       March 18, 2025

                                                                **TAMMI M. HELLWIG**
                                                                 **Clerk of Court**

                             **BY:**
                                                                **Deputy Clerk**